UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 25-41546

819 E GRAND BLVD MI LLC,  Chapter 11

        Debtor.  Judge Thomas J. Tucker
_____/

## ORDER DISMISSING CHAPTER 11 CASE

The Debtor has not filed a plan and disclosure statement, which was due to be filed no later than June 20, 2025. Nor has Debtor filed a motion to extend the June 20, 2025 deadline, either by the May 21, 2025 deadline for such a motion, or otherwise. *See* Order Establishing Deadlines and Procedures," filed March 12, 2025 (Docket # 18, the "Scheduling Order") at ¶¶ 1(c), 1(i), 2, 10.

The Scheduling Order states, in ¶ 2, that if the Debtor fails to meet the deadline for filing a combined plan and disclosure statement, "the case may be dismissed or converted to Chapter 7 pursuant to 11 U.S.C. § 1112(b)(4)(J)." *See* 11 U.S.C. § 1112(b)(4)(J); *see also In re Tax Shop, Inc.*, 173 B.R. 605, 607 n.3 (Bankr. E.D. Mich. 1994) ("The Court's authority to dismiss a Chapter 11 case *sua sponte* in appropriate circumstances is clear under 11 U.S.C. § 105(a), which grants bankruptcy judges the broad authority to take action 'necessary or appropriate ... to prevent an abuse of process.'"); *In re Nikron, Inc.,* 27 B.R. 773, 777 (Bankr. E.D. Mich. 1983) (holding that "a [bankruptcy] court has the sua sponte power to convert or dismiss a chapter 11 case") (relying on the court's "inherent power and duty to control its docket, to preserve its integrity, and to insure that the legislation administered by the court will accomplish the legislative purpose"); *In re Great American Pyramid Joint Venture,* 144 B.R. 780, 789 (Bankr. W.D. Tenn. 1992) ("[A] bankruptcy judge may, under section 105(a), as amended, convert or dismiss a case sua sponte even though section 1112(b) explicitly requires that the request be made by a party in interest.").

Accordingly,

IT IS ORDERED that this Chapter 11 case is dismissed under 11 U.S.C. §§ 1112(b)(4)(E), 1112(b)(4)(J), and 105(a).

**Signed on June 24, 2025**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**